

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00233-CR

TERRY SCHROEDER                                                   APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. F18-306-211

----------

## MEMORANDUM OPINION[1]

----------

Appellant Terry Schroeder attempts to appeal the trial court's judgment based on his plea bargain with the State. We dismiss this appeal.

In exchange for a six-month sentence in a state jail facility, Appellant pled guilty and judicially confessed to failing to register as a sex offender. *See* Tex. Code Crim. Proc. Ann. art. 62.102(a), (b)(1) (West 2018); Tex. Penal Code Ann.

---

[1]*See* Tex. R. App. P. 47.4.

§ 12.35(a) (West Supp. 2017) (providing generally that a person convicted of a state jail felony faces confinement ranging from 180 days to two years). Appellant also waived many of his rights and signed a separate waiver of appeal. The trial court's certification of appeal provides that this is a plea-bargained case and Appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). The certification also indicates that Appellant has waived his right of appeal.

Accordingly, on May 23, 2018, we informed Appellant by letter that his appeal would be subject to dismissal based on the trial court's certification unless he or any party filed a response by June 4, 2018, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

Rule 25.2(a) allows a plea-bargaining defendant to appeal only matters raised by written motion and ruled on before trial or only with the trial court's permission. Tex. R. App. P. 25.2(a)(2). But "[w]ith a full understanding" of that rule, Appellant specifically "waive[d] the right to any appeal in this case and state[d] that [he did] not desire to appeal." *See* Tex. R. App. P. 25.2(a), (d).

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 12, 2018

2